JUDGE ENGELMAYER

BATTS, O.
Pr T,

RECEIVED
OCT 21 PM 5:10
U.S. DISTRICT COURT
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF A WARRANT FOR ALL CONTENT AND OTHER INFORMATION ASSOCIATED WITH FOURTEEN EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH HOLDINGS INC., AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH INC., EIGHT EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPRIVER, LLC, SIX EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY GOOGLE LLC, AND TWO ICLOUD ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPLE INC., USAO REFERENCE NO. 2018R01576

19MISC478

Case No. 19-mc-

(19 MAG 8854)

**UNDER SEAL**

DAB 10/22/19 [PROPOSED] ORDER TO SEAL

Upon consideration of Google's Unopposed Motion to Seal, it is hereby ORDERED that the motion is GRANTED. Movants' Motion to Vacate or Modify Gag Order Issued Under 18 U.S.C. § 2705(b) and Stay Deadline for Producing Information Responsive to Search Warrant, and all supporting declarations and exhibits, are hereby ordered FILED UNDER SEAL.

Dated: October 22, 2019

_____
Deborah A. Batts
United States District Judge