UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOGLE LLC,<br><br>                  Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | ECF CASE<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION<br><br>19 Misc. 478 (PAE) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the other Assistant United States Attorneys who have already appeared, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

        By:   /s/ *Jarrod L. Schaeffer*

                              Jarrod L. Schaeffer
                              Assistant United States Attorney
                              Tel: (212) 637-2270