UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF A WARRANT FOR ALL CONTENT AND OTHER INFORMATION ASSOCIATED WITH FOURTEEN EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH HOLDINGS INC., AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH INC., EIGHT EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPRIVER, LLC, SIX EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY GOOGLE LLC, AND TWO ICLOUD ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPLE INC., USAO REFERENCE NO. 2018R01576 | Case No. 1:19-mc-00478-PAE |

## **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the attached declaration of movant in support of this motion and the Certificates of Good Standing attached thereto, undersigned counsel will move this Court, before the Honorable Paul E. Engelmayer, and pursuant to Local Rule 1.3(c), for an Order allowing the admission of movant, a member of the firm of Wilmer Cutler Pickering Hale and Dorr LLP and a member in good standing of the bars of the District of Columbia and Maryland, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Google LLC.

There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: Washington, D.C.
October 23, 2019

Respectfully submitted,

/s/ Alex Hemmer
Alex Hemmer
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6387
Fax: (202) 663-6363
alex.hemmer@wilmerhale.com

*Attorney for Google LLC*