**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF A WARRANT FOR ALL CONTENT AND OTHER INFORMATION ASSOCIATED WITH FOURTEEN EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH HOLDINGS INC., AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH INC., EIGHT EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPRIVER, LLC, SIX EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY GOOGLE LLC, AND TWO ICLOUD ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPLE INC., USAO REFERENCE NO. 2018R01576 | Case No. 1:19-mc-00478-PAE |

**DECLARATION OF ALEX HEMMER IN SUPPORT OF**
**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Alex Hemmer, hereby declare under the penalty of perjury as follows:

1.      I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and am counsel for Google LLC in this matter.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-referenced matter.

2.      As shown in the attached Certificates of Good Standing, I am a member in good standing of the bars of the District of Columbia and Maryland.

3.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.      There are no pending disciplinary proceedings against me in any state or federal court.

5.      I have never been convicted of a felony.


Dated:  Washington, D.C.
        October 23, 2019

                                        /s/ Alex Hemmer
                                        Alex Hemmer