**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF A WARRANT FOR ALL CONTENT AND OTHER INFORMATION ASSOCIATED WITH FOURTEEN EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION, AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH HOLDINGS INC., AN EMAIL ACCOUNT MAINTAINED AT PREMISES CONTROLLED BY OATH INC., EIGHT EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPRIVER, LLC, SIX EMAIL ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY GOOGLE LLC, AND TWO ICLOUD ACCOUNTS MAINTAINED AT PREMISES CONTROLLED BY APPLE INC., USAO REFERENCE NO. 2018R01576 | Case No. 1:19-mc-00478-PAE |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Alex Hemmer for admission to practice *pro hac vice* in the above-captioned action is hereby granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Maryland, and that his contact information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6387
Fax: (202) 663-6363
Email: alex.hemmer@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Google LLC in the above-captioned action,

2

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: October ___, 2019              _____
                                      HON. PAUL E. ENGELMAYER
                                      United States District Judge