

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2019

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Google, LLC v. United States*, 19 Misc. 478 (JGK)

Dear Judge Koeltl:

    The parties have reviewed and conferred regarding the sealed transcript of the proceeding held on October 31, 2019. Both parties agree that the transcript may be unsealed, and that no redactions to the transcript are necessary.

    Respectfully submitted,

By:    */s/ Jarrod L. Schaeffer*

Nicolas T. Roos
Matthew D. Podolsky
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2421 / 1947 / 2270

cc:    Counsel of Record (via ECF)