

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2020

**By ECF & HAND**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Google, LLC v. United States*, 19 Misc. 478 (JGK)

Dear Judge Koeltl:

  On or about November 2, 2019, the Court issued a sealed decision in the above-captioned matter. The Government has reviewed the Court's decision and, consistent with the public's qualified right of access to judicial documents, *see, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120, 123 (2d Cir. 2006); *United States v. Gerena*, 869 F.2d 82, 85 (2d Cir. 1989), respectfully requests that the Court's opinion and order be unsealed and docketed with the proposed redactions reflected in Exhibit A to this letter.[1] The Government further requests that the parties' submissions to the Court, which contain and reference sealed and confidential information, continue to be maintained under seal.

  On or about February 25, 2020, the Government contacted counsel for Google, LLC, to seek counsel's position, if any, with respect to this request.[2] As of this date, the Government has

---

[1] Pending the Court's decision, the Government has separately submitted a copy of Exhibit A to the Court and counsel for Google, LLC.

[2] On or about November 1, 2019, the parties agreed that the transcript of the proceeding held on October 31, 2019, could be unsealed without the need for any redactions. (*See* ECF No. 12.)

not received confirmation concerning this request.

          Respectfully submitted,

By:    */s/ Jarrod L. Schaeffer*

       Nicolas T. Roos
       Matthew D. Podolsky
       Jarrod L. Schaeffer
       Assistant United States Attorneys
       Tel.: (212) 637-2421 / 1947 / 2270

cc:    Counsel of Record (via email)