**EXHIBIT A**

**[*Omitted*]**